UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OREN E. SMITH, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| SOCIAL SECURITY DISABILITY ) | No. 5:15-CV-255-FL |
| ADMINISTRATION and SOCIAL ) | |
| SERVICES, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 26, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on October 26, 2015, and Copies To:**

Oren E. Smith, III (via U.S. Mail) 412 Capital Blvd., Raleigh, NC 27603

October 26, 2015          JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk